*Wednesday, April 28, 1993*

## MERIT DOCKET

**92–1754.** Jones v. Morris. In Mandamus. On motion to dismiss and on motion for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2260.** Hattie v. Anderson. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–10.** Toledo Premium Yogurt, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1528–EL–CSS. On motions to dismiss. The Public Utilities Commission's motion to dismiss is granted. Cause dismissed. The motion to file appellant's record instanter is denied as moot.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–203.** State ex rel. Thiel v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–275.** Farmer v. Ohio Dept. of Corr. In Mandamus. On answer of respondent. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY , JJ., concur.

WRIGHT and PFEIFER, JJ., dissent and would grant one hundred seventy-nine days.

**93–290.** Bell v. Crawford. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–449.** State v. Scott. Hamilton County, No. C–920765. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**93–464.** State ex rel. Smith v. Eighth Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–482.** State ex rel. Collins v. Pokorny. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.